IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

GREGORY ALAN ROBERTSON,

      Plaintiff,

      vs.                   Case No. 2:26-CV-02273

MORRIS SMITH FORD LEAVENWORTH,
LLC and CONSUMER PORTFOLIO
SERVICES, INC.,

      Defendants.

### ***LIMITED ENTRY OF APPEARANCE AS CO-COUNSEL***

COMES NOW, James S. Willard, Attorney at Law, and enters his appearance as co-counsel for and on behalf of Morris Smith Ford Leavenworth, LLC, a defendant herein, for the limited purpose of obtaining a continuance and re-scheduling based on the temporary incapacity of Patrick R. Barnes.  Said attorney shows the Court that he will be acting on behalf of the said Morris Smith Ford Leavenworth, LLC and that all further notice of any matter herein and all further service of any documents herein should be made on the undersigned.

Respectfully submitted,

WILLARD LAW OFFICE, LLC

  /s/  James S. Willard
James S. Willard, #09185
1613 SW 37th Street

-1-

Topeka, KS  66611-2627
(785) 267-0040
(785) 267-6745 Fax
E-mail:  jim@sqwblaw.com
Co-Counsel for Morris Smith Ford
Leavenworth, LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing
***ENTRY OF APPEARANCE AS CO-COUNSEL*** was E-FILED this 14th day of July,
2026, with copies to all interested parties by EFILING.


    /s/    James  S.  Willard
James S. Willard
Co-Counsel for Morris Smith Ford
Leavenworth, LLC